UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HELEN TSOUROULLIS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendants.
    _____/

Case No. 10-cv-14721

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (docket no. 19)**, GRANTING DEFENDANT'S MOTION TO FOR SUMMARY JUDGMENT** (docket no. 13)**, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (docket no. 17)

    This matter is before the Court on review of the Commissioner of Social Security's determination that Helen Tsouroullis is not under a "disability" as defined by the Social Security Act. The matter was referred to a magistrate judge for issuance of a Report and Recommendation. The magistrate judge recommends that the Court affirm the Commissioner's decision, and enter summary judgment for the Defendant. Report & Recommendation, ECF No. 19.

    A copy of the Report and Recommendation was served upon Plaintiff on October 18, 2011. Pursuant to Civil Rule 72(b)(2), she had fourteen days from that date in which to file any specific written objections to the recommended disposition. She has not filed any objections, therefore de novo review of the magistrate judge's finding is not required. *See* Fed. R. Civ. P. 72(b)(3) (requiring de novo review by a district judge only for "any part of the magistrate judge's disposition that has been properly objected to").

Having reviewed the file and the Report and Recommendation, the Court finds that the Magistrate Judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions, and will enter an appropriate judgment.

**WHEREFORE** it is hereby **ORDERED** that the Report and Recommendation of October 18, 2011, (docket no. 19) is **ADOPTED**.

It is **FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 13) is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (docket no. 17) is **DENIED**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 19, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2011, by electronic and/or ordinary mail.

Carol Cohron
Case Manager